COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**AMENDED ORDER ON MOTION**

Cause number:      01-14-00490-CV

Style:      In the Interest of K.M., Child

Date motion filed[*]:      July 28, 2014

Type of motion:      Unopposed Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant

Document to be filed:      Appellant's Brief

Is appeal accelerated?      Yes

If motion to extend time:

     Original due date:      August 4, 2014

     Number of extensions granted:      1      Current Due date: August 4, 2014

     Date Requested:      September 3, 2014

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: September 3, 2014

         ☑      No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

     **This Court's August 12, 2014 Order on Motion is amended as follows: The motion for extension of time is granted, but no further extensions will be granted in this accelerated appeal in a parental termination case. Appellant's brief is to be filed no later than September 3, 2014.**

Judge's signature: /s/ Evelyn V. Keyes
         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: August 26, 2014

November 7, 2008 Revision